**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re:   DELPHINE T CARSON | § § § § § § § | Case No.: 07-11697 |
| Debtor(s) | | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/29/2007.

2) This case was confirmed on 08/16/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/20/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/07/2010.

5) The case was completed on 04/28/2011.

6) Number of months from filing to the last payment: 46

7) Number of months case was pending: 53

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    2,800.00

10) Amount of unsecured claims discharged without payment $   89,494.07

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 18,576.01 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 18,576.01 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 3,084.20 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 1,272.56 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 4,356.76 |
| Attorney fees paid and disclosed by debtor | $ | 415.80 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDWAY MOTOR SALES | SECURED | 2,100.00 | .00 | 2,100.00 | 2,100.00 | 30.96 |
| ILLINOIS DEPT OF REV | PRIORITY | 1,543.36 | 218.42 | 218.42 | 218.42 | .00 |
| AARON JEWELERS LTD | UNSECURED | 19,600.00 | NA | NA | .00 | .00 |
| AARON JEWELERS LTD | OTHER | .00 | NA | NA | .00 | .00 |
| AFFIRMATIVE INSURANC | UNSECURED | 167.00 | NA | NA | .00 | .00 |
| COLLECTION COMPANY O | OTHER | .00 | NA | NA | .00 | .00 |
| AMERITECH | UNSECURED | 1,762.38 | NA | NA | .00 | .00 |
| BEAUMONT LES | UNSECURED | 5,075.00 | NA | NA | .00 | .00 |
| BEAUMONT LES | OTHER | .00 | NA | NA | .00 | .00 |
| UNITED COMPUCRED | UNSECURED | 74.00 | NA | NA | .00 | .00 |
| UNITED COMPUCRED | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 4,870.00 | 4,870.00 | 4,870.00 | 3,504.65 | .00 |
| ARNOLD SCOTT HARRIS | OTHER | .00 | NA | NA | .00 | .00 |
| LINEBARGER GOGGAN BL | OTHER | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 877.00 | 876.87 | 876.87 | 631.03 | .00 |
| NCO FINANCIAL SYSTEM | OTHER | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 472.58 | NA | NA | .00 | .00 |
| CREDIT SOLUTIONS COR | UNSECURED | 1,093.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 2,547.00 | 1,454.81 | 1,454.81 | 1,046.94 | .00 |
| D PATRICK MULLARKEY | OTHER | .00 | NA | NA | .00 | .00 |
| DISTRICT COUNSEL | OTHER | .00 | NA | NA | .00 | .00 |
| US ATTORNEYS OFFICE | OTHER | .00 | NA | NA | .00 | .00 |
| HARRAHS JOLIET CASIN | UNSECURED | 1,846.00 | 1,768.79 | 1,768.79 | 1,272.84 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| F&W LLC | OTHER | .00 | NA | NA | .00 | .00 |
| FRIEDMAN & WEXLER | OTHER | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 891.00 | 947.57 | 947.57 | 681.91 | .00 |
| HOUSEHOLD CREDIT | OTHER | .00 | NA | NA | .00 | .00 |
| HOUSEHOLD FINANCE | OTHER | .00 | NA | NA | .00 | .00 |
| HSBC NV | OTHER | .00 | NA | NA | .00 | .00 |
| HSBC CARD SERVICES | OTHER | .00 | NA | NA | .00 | .00 |
| PIN CRED SER | OTHER | .00 | NA | NA | .00 | .00 |
| IL DEPT OF HUMAN SER | UNSECURED | 462.00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | 246.35 | 80.92 | 80.92 | 57.88 | .00 |
| AFFILIATED GROUP | UNSECURED | 147.00 | NA | NA | .00 | .00 |
| AFFILIATED GROUP | OTHER | .00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 3,463.00 | 3,463.37 | 3,463.37 | 2,492.38 | .00 |
| MENARDS | UNSECURED | 201.00 | NA | NA | .00 | .00 |
| F&W LLC | OTHER | .00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | 747.28 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| NCO FINANCIAL | UNSECURED | 462.00 | NA | NA | .00 | .00 |
| ORCHARD BANK | UNSECURED | 1,093.01 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | OTHER | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 500.00 | 241.98 | 241.98 | 174.49 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,800.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 602.34 | 602.34 | 602.34 | 433.47 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 2,144.20 | 2,187.60 | 2,187.60 | 1,574.28 | .00 |
| RENAISSANCE NATIONAL | UNSECURED | 712.00 | NA | NA | .00 | .00 |
| AT & T BANKRUPTCY | UNSECURED | 268.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | OTHER | .00 | NA | NA | .00 | .00 |
| TRUELOGIC FINANCIAL | OTHER | .00 | NA | NA | .00 | .00 |
| MEDICAL COLLECTION | UNSECURED | 217.00 | NA | NA | .00 | .00 |
| MEDICAL COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| ST ANTHONY | UNSECURED | 1,375.00 | NA | NA | .00 | .00 |
| MRSI | OTHER | .00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 486.33 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| US CLERK OF COURT | UNSECURED | 45,321.93 | NA | NA | .00 | .00 |
| WITTINGTON MARCUS | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| GRAND VICTORIA CASIN | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| HOME DEPOT | UNSECURED | 524.00 | NA | NA | .00 | .00 |
| SALVATORE SPINELLI | OTHER | .00 | NA | NA | .00 | .00 |
| MENTOR IMPORTS INC | UNSECURED | 262.00 | NA | NA | .00 | .00 |
| TARGET GREATLAND | UNSECURED | 147.18 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SER | PRIORITY | NA | .00 | .00 | .00 | .00 |
| ILLINOIS DEPT OF REV | SECURED | NA | 1,712.34 | .00 | .00 | .00 |
| VILLAGE OF MAYWOOD | UNSECURED | .00 | NA | NA | .00 | .00 |
| ILLINOIS SECRETARY O | OTHER | .00 | NA | NA | .00 | .00 |
| ELLA CARSON | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 2,100.00 | 2,100.00 | 30.96 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 2,100.00 | 2,100.00 | 30.96 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 218.42 | 218.42 | .00 |
| **TOTAL PRIORITY:** | 218.42 | 218.42 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 16,494.25 | 11,869.87 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,356.76 |
| Disbursements to Creditors | $ | 14,219.25 |
| **TOTAL DISBURSEMENTS:** | $ | 18,576.01 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    12/08/2011                                  /s/ Tom  Vaughn
                                                     Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**